IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO SOTO ESPINO,<br><br>    Petitioner,<br><br>vs.<br><br>VICTOR ALMAGER,<br><br>    Respondent. | C 07-6192 MMC(PR)<br><br>**ORDER ADMINISTRATIVELY CLOSING CASE AND TERMINATING ALL PENDING MOTIONS**<br><br>**(Docket No. 3.)** |

On December 6, 2007, petitioner, a California prisoner proceeding pro se, filed an application to proceed in forma pauperis ("IFP application"). Petitioner did not file any other documents with the IFP application.[1] That same date, the Court notified petitioner in writing that the action was deficient due to petitioner's failure to submit either a complaint or petition. In said notice, petitioner was advised that his failure to submit a complaint or petition within thirty days would result in dismissal of the action. Along with said notice, petitioner was sent a copy of the Court's habeas corpus form, instructions for completing it, and a return envelope.

On December 27, 2007, petitioner wrote a letter to the Court in his then-pending habeas action, Soto v. Almager, No. C 07-5970 MMC (PR).[2] In said letter petitioner

---

[1] Although no complaint or petition was filed, the Clerk of the Court opened a case file comprised of the IFP application. The case was categorized as a habeas corpus action because the IFP application includes a caption in which petitioner identifies himself as "Petitioner" and "Victor Almager" as "Respondent."

[2] On January 4, 2008, the Court dismissed Soto v. Almager for failure to exhaust state remedies.

1  explains that the IFP application that was filed on December 6, 2007 was intended to be filed
2  in <u>Soto v. Almager</u>, and was not intended to be filed in a new action.
3     As the instant action was opened in error when petitioner sent an IFP application
4  intended to be filed in his previously-filed habeas action, the Clerk of the Court shall
5  ADMINISTRATIVELY CLOSE the case and TERMINATE all pending motions.
6     Because the action was opened in error, no filing fee is due.
7     IT IS SO ORDERED.
8  DATED: January 11, 2008

MAXINE M. CHESNEY
United States District Judge